# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID LEE DURACHKO, : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:13-1731 |
| v. : | |
| : | (Judge Mannion) |
| MARIROSA LAMAS, : | |
| Respondent : | |

## **MEMORANDUM**

Petitioner, David Lee Durachko, an inmate confined in the Rockview State Correctional Institution, Bellefonte, Pennsylvania, filed the instant petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He attacks a conviction imposed by the Court of Common Pleas for Centre County, Pennsylvania. (Doc. No. 1).

On July 2, 2013, in accordance with United States v. Miller, 197 F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000), the Court issued formal notice to Durachko that he could either have the petition ruled on as filed, that is, as a § 2254 petition for writ of habeas corpus and heard as such, but lose his ability to file a second or successive petition, absent certification by the court of appeal, or withdraw his petition and file one all-inclusive § 2254 petition within the one-year statutory period prescribed by the Antiterrorism Effective Death Penalty Act ("AEDPA"). (Doc. No. 5).

On July 12, 2013, Durachko returned the notice of election, indicating

that he wished to withdraw his petition so that he may file one, all-inclusive petition under 28 U.S.C. § 2254 within the one-year limit for filing such a petition. (Doc. No. 8). Thus, the petition will be deemed withdrawn without prejudice. A separate Order will be issued.

*s/Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: July 23, 2013

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-1731-01.wpd