# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID LEE DURACHKO, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:13-1731 |
| v. | : |
| | : (Judge Mannion) |
| MARIROSA LAMAS, | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. No. 1) is **DEEMED WITHDRAWN** without prejudice.

2. The clerk of court is directed to **CLOSE** this case.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: July 23, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-1731-01-order.wpd